No. 02–6512. CASTRO-GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6515. MONROE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6516. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6517. VELASQUEZ-MORGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6519. LEONARD-BEY v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6520. JACK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6524. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6536. ERWIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6538. NANCE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6541. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6548. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6549. DIXON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–1846. LEGAL ENVIRONMENTAL ASSISTANCE FOUNDATION, INC. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 11th Cir. Motion of American Petroleum Institute et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–10851. OKAFOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.